**Opinion issued May 12, 2022**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-22-00067-CV

———————————

**ANTHONY P. GRIFFIN, INC., Appellant**

**V.**

**GALVESTON COUNTY, CITY OF GALVESTON, GALVESTON COLLEGE, GALVESTON COUNTY NAVIGATION DISTRICT # 01, AND GALVESTON INDEPENDENT SCHOOL DISTRICT, Appellees**

**On Appeal from the 56th District Court**
**Galveston County, Texas**
**Trial Court Case No. 20-TX-0289**

## MEMORANDUM OPINION

Appellant, Anthony P. Griffin, Inc., appealed from the trial court's January 3, 2022 final judgment. On April 15, 2022, appellant filed a motion to dismiss the appeal, stating that "[t]he complained-of judgment ha[s] been vacated

by the trial court," and as such, "this appeal has now been rendered moot." Accordingly, appellant requests that the Court dismiss the appeal.

No other party has filed a notice of appeal, and no opinion has issued. *See* TEX. R. APP. P. 42.1(a)(1), (c). Appellant's motion states that appellant "has discussed and conferred with counsel for [a]ppellees . . . [who] do[es] not oppose th[e] [v]oluntary [d]ismissal." *See* TEX. R. APP. P. 10.3(a)(2).

Accordingly, the Court grants appellant's motion and dismisses the appeal. *See* TEX. R. APP. P. 42.1(a)(1), 43.2(f). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Kelly, Goodman, and Guerra.